# EXHIBIT 1

# RICHARDS IP LAW

Patent • Trademark • Copyright

**Robert E. Richards, Esq.**
Attorney at Law/Registered Patent Attorney
2146 Roswell Road
Suite 108-863
Marietta, GA 30062
Office: 404.990.4558
Mobile: 404.326.7003
Email: RichardsIPLaw@Comcast.net

March 20, 2014

Dennis Schlisner
BASE KING LLC
141 Lower Dug Gap Road
Dalton, GA 30720

**VIA REGISTERED MAIL
RETURN RECEIPT REQUESTED**

Re: Infringement of XL Brands' U.S. Trademark Registration No. 1,824,786 for the mark STIX
Our Ref: TRC5-8011

Dear Mr. Schlisner:

We represent XL Brands LLC ("XL Brands") of Dalton, Georgia, in intellectual property matters.

XL Brands manufactures and sells adhesives for flooring materials for both hard and soft surfaces. XL Brands has been in this business for over 30 years. XL Brands sells a variety of its adhesive products under its family of STIX trademarks. XL Brands markets and sells its STIX brand adhesive products nationwide and has done so continuously since at least as early as 1983. XL Brands is the owner of U.S. Trademark Registration No. 1,824,786 (copy attached) for the mark STIX. This registration is incontestable due to XL Brands' long and continuous use of the trademark STIX. XL Brands also is the owner of U.S. Trademark Registration No. 4,251,229 (copy attached) for the mark DYNA-STIX. Further information regarding XL Brands' products sold under the STIX family of trademarks can be found at the company's web site: www.xlbrands.com.

Recently, XL Brands brought to our attention that Base King has begun marketing and selling adhesives for flooring material. We are aware of Base King's recent registration of the mark ENVIROSTIX (U.S. Trademark Registration No. 4,058,441).

We have advised XL Brands that Base King's use of the trademark ENVIROSTIX in association with flooring material is an infringement of XL Brands' trademark STIX and of their U.S. Trademark Registration No. 1,824,786 for the mark STIX. Base King's goods associated with the mark ENVIROSTIX and XL Brands' STIX brand adhesive products are essentially identical. Base King's trademark ENVIROSTIX appropriates the entirety of XL Brands' STIX trademark. Furthermore, both Base King's products and XL Brands' products are used for flooring material, are advertised, marketed and travel through the same channels of commerce

EXHIBIT "1"

Dennis Schlisner
BASE KING LLC
March 20, 2014
Page 2 of 2

and are purchased by the same class of consumers. Therefore, we believe that there is a likelihood of confusion as to the source of Base King's adhesive products.

Accordingly, we hereby demand that Base King immediately cease and desist all infringement of XL Brands' trademark STIX. We further demand that Base King immediately cease and desist from all use of the mark ENVIROSTIX in association with adhesive products, or variations thereof, that are likely to cause confusion with XL Brands' products sold under the STIX family of trademarks. Please contact me within ten (10) days of your receipt of this letter and advise me of your intentions in this matter.

Yours truly,

Robert E. Richards

Enclosures
cc: Joe Tuttolomondo
    Chip Howalt

Int. Cl.: **1**

Prior U.S. Cl.: **5**

**Reg. No. 1,824,786**

**United States Patent and Trademark Office**   Registered Mar. 8, 1994

## TRADEMARK
## PRINCIPAL REGISTER

### STIX

XL CORPORATION (GEORGIA CORPORATION)
2376 NANCE ROAD, N.E.
CALHOUN, GA 30701

FOR: CHEMICALS; NAMELY, CARPET AND FLOORING ADHESIVES, IN CLASS 1 (U.S. CL. 5).

FIRST USE 5-20-1983; IN COMMERCE 5-20-1983.
OWNER OF U.S. REG. NO. 1,370,704.
SEC. 2(F).

SER. NO. 74-139,442, FILED 2-15-1991.

RACHEL BLUE, EXAMINING ATTORNEY