# EXHIBIT 2



1871 Riverview Tower
900 S. Gay St.
Knoxville, TN 37902

Patent · Trademark · Copyright Law

RFOX@LUEDEKA.COM
June 2, 2014

Robert E. Richards, Esq.
Richards IP Law
2146 Roswell Road, Suite 108-863
Marietta, GA  30062

Via Email: RichardsIPLaw@Comcast.net
(RIP file TRC5-8011)

Re:   Allegation of Trademark Infringement re STIX
      LNG File No. 69612.00 / 0075.9

Dear Bob:

This is in response to your letter of March 20, 2014, in which you allege a likelihood of confusion between the mark STIX of U.S. Registration No. 1,824,786 asserted to be owned by your client, and our client's mark of U.S. Registration No. 4,058,441:



We have considered this matter and believe that your demand that our client cease use of its mark is inappropriate.

We believe that no likelihood of confusion exists with regard to the simultaneous use of the marks of the parties for a number of reasons, including, the differences in the marks as a whole, the differences in the goods and services, and the diluteness of the term Stix.

The differences in the marks (appearance, sound, meaning, and commercial impression) are vast and self-evident.

With respect to the goods and services, the goods of the asserted '786 registration are: chemicals; namely, carpet and flooring adhesives.  We understand these chemicals are wet adhesives, typically sold in 5 gallon buckets and applied by trowel.

The services of our client's '441 registration are: Application of a dry, sheet adhesive to flooring materials provided by others to yield custom-made flooring materials having pre-applied adhesive on a backing surface thereto. Our client's customers are typically flooring manufacturers and professional flooring installers performing flooring installations on commercial establishments such as hospitals, hotels, and the like, and such services are typically rendered after several meetings or other contacts between the parties. These customers provide

EXHIBIT "2"

rolls of flooring to our client, who then applies dry, sheet adhesive to the customer's flooring, and returns the thus treated flooring to the customer.

As will be appreciated, these services are highly distinct from the wet adhesive goods of your client.

With regard to diluteness, the registrations listed in the chart below are relevant to establish the adoption by others of the marks set forth therein for the specified services. Hiram Walker & Sons, Inc. v. Milstone, 130 USPQ 274 (TTAB 1961).

These registrations are also competent to show that the term Stix is relatively dilute for adhesives, tapes, and goods that are used to stick things to one another; and is therefore to be afforded a relatively narrow scope of protection. See, In re Dayco Products-Eaglemotive, Inc., 9 USPQ2d 910 (TTAB 1988).

| Mark | Reg. No. | Goods/Services |
|------|----------|----------------|
| PICSTIX | 4235147 | Adhesive tapes for stationary and household purposes |
| WONDERSTIX | 3749863 | Self-adhesive stickers that can be adhered to and then removed from surfaces such as walls |
| FLIP STIX! | 3112006 | Adhesive backed metal fasteners namely, a pin bendably secured to an adhesive backed metal plate with a metal washer for securing insulation to heating, ventilating and air conditioning |
| STIX2 | 333552 | Adhesive tapes, self-adhesive tapes, gummed adhesive tapes, single sided adhesive tapes, and double-sided adhesive tapes for household and stationery uses |
| QUICKSTIX | 3538567 | Industrial adhesives for general industrial use |
| ULTRASTIX | 2605212 | General purpose hot melt adhesives in the form of cylindrical sticks to be applied through an electric glue gun |
| ECOSTIX | 2643314 | Adhesives for industrial and commercial use, for use in the chemical, plastics, metallurgical, glass, paper, ceramic, photography, agricultural, construction, insulation, packaging, engineering, energy, electrical, electronics, pharmaceutical, furniture, cosmetics, textile, leather, healthcare, food, paint, automotive, and transportation industries  Adhesives for stationery and household purposes |
| STIX 4 | 1574129 | Adhesives for subfloor construction |
| STIX-ALL | 1311784 | Adhesives for mending and bonding |
| CHIL-STIX | 1149543 | Industrial adhesive coatings in the nature of paint |
| STIX-ON | 0601145 | Adhesive cloth tape |

We further note the chronological overlap of many of these registrations with various ones of your client's registrations, wherein your client's marks were registered over these highly relevant marks. In receiving its registration, your client clearly benefitted from the consistent recognition by the Trademark Office of the weakness of the term Stix.

Of particular note in the file history of your client's registration is the consent your client obtained to register its mark over U.S. Registration No. 1,567,778 for the mark STIX 2 for construction adhesives for panels and foam materials, and U.S. Registration No. 1,574,129 for the mark STIX 4 for adhesives for sub-floor construction.

We also note the following registrations owned by our client (each registered in excess of 5 years):

| | | |
|---|---|---|
| BIND-N-STIX | 2087287 | Carpet base strip for application along interior walls where the walls meet the floor |
| TURBOSTIX | 3627879 | double-side adhesive tape for installation of flooring, floor coverings, flooring bases, and wall coverings, namely, vinyl and rubber base and tile, molding and trim, carpet base, stair tread, engineered hardwood flooring, and paneling |
| TURBOSTIX | 3627880 | Non-metal molding, namely, adhesive-backed transition edging for placement between carpet and tile, or between carpet and other flat flooring |

Furthermore, a cursory review of the Internet reveals a plethora of relevant common law Stix marks, copies of the webpages of which are appended hereto.

This does not even encompass the countless "Sticks" marks and registrations that are also relevant.

This substantial and relatively widespread third-party use of Stix marks (and phonetically similar/identical Stick, Sticks, Stik, and Stiks marks) strongly supports that the public is conditioned to look to other criteria as a means of distinguishing the source of goods and services in the marketplace. See, In re Broadway Chicken, Inc., 38 U.S.P.Q.2d 1559, 1565-66 (T.T.A.B. 1996). That is, where the common element between two marks is weak due to widespread use by others, the likelihood of confusion is reduced. In re Hamilton Bank, 222 U.S.P.Q. 174 (T.T.A.B. 1984).

With regard to a comparison of the marks, you have unduly dissected the marks and have focused solely on the Stix term in making your allegation of confusion. As you are well aware, marks are to be considered in their entireties and all components thereof must be given appropriate weight. In re Hearst, 25 USPQ2d 1238, 1239 (Fed.Cir. 1992); Andre Oliver Inc. v. Products Exchange Company Inc., 1 USPQ2d 1817 (TTAB 1986); and Lever Bros Co. v. Barcolene Co. 174 USPQ 392 (CCPA 1972).

Further, the descriptive or at least highly suggestive aspects of the stix term reduces any likelihood of confusion. Basic Vegetable Products, Inc. v. General Foods Corp., 165 USPQ 781 (TTAB 1970).

Thus, given the differences in the marks as a whole, the differences in the goods and services, the diluteness of the term Stix, and the descriptive/suggestive qualities of the Stix term, we cannot agree with your conclusion as to likelihood of confusion.

Under the circumstances, we do not believe that our client's use of its mark violates any rights of your client. If we thought there was a likelihood of confusion, we would be demanding that your client cease use of its mark. However, as stated above, we do not believe there is any likelihood of confusion in this case, and we respectfully ask that your client reconsider its position.

This correspondence is being sent under Rule 408 of the Federal Rules of Evidence.

Yours very truly,

LUEDEKA NEELY GROUP, P.C.

By:

Robert O. Fox

ROF:mse
Enclosure
cc: Dennis Schlisner
    Chris Skaare

# Childers®

Mastics, Coatings, Adhesives, Sealants

**CHIL-STIX® FRN
CP-82
Adhesive**

---

## FIRE RESISTIVE, NON-FLAMMABLE NEOPRENE BASE CONTACT ADHESIVE FOR VAPOR BARRIER LAPS AND INSULATIONS
### Military Specification MIL-A-3316C, Class 2, Grade A

### DESCRIPTION
Chil-Stix® FRN CP-82 is a neoprene based contact adhesive with exceptional bond strength. It is non-flammable in the wet state and meets the stringent requirements of Military Specification MIL-A-3316C, Class 2, Grade A.

### USES
CHIL-STIX FRN CP-82 adhesive is ideal for adhering many types of insulations such as fibrous glass, laminated scrims, foils, many plastic films, and various foams, both flexible and rigid. **The solvents in this adhesive will attack polystyrene foams and may attack certain other plastic foams, plastic films, and plastic laminates.**
CHIL-STIX FRN CP-82 adhesive effectively adheres "hard-to-hold" materials such as presized glass cloths, and the laps of most types of vapor barrier jackets. Because of its superior contact properties it finds many uses both inside and outside of the insulation industry.

### APPLICATION
CHIL-STIX FRN CP-82 adhesive is best applied by brush. Where spray application is desirable, CHIL-SPRAY® CP-89 adhesive is recommended.

### ADVANTAGES
- CHIL-STIX FRN CP-82 adhesive is non-flammable in the wet state and fire resistive when dry.
- The dry bond properties of CHIL-STIX FRN CP-82 make it advantageous for use as a vapor barrier lap adhesive.
- This adhesive is easy to brush.
- It is a fast drying neoprene adhesive which actually becomes stronger with age.
- A tight, unbreakable bond is immediately formed upon contact of the two coated surfaces.
- Non-flammable chlorinated solvents eliminate explosion and fire hazards during application.

### CERTIFIED
- Meets NFPA Standard 90-A and 90-B 25/50 requirements.
- Meets ASTM C-916, Type 1.
- This product has been tested according to ASTM E-84 (Surface Burning characteristics of Building Materials).

For available standard container sizes see the latest price list or contact Customer Service.

**See other side for specification and application information.**

**Visit us on the web at www.fosterproducts.com**

### COLORS
Light tan

### WET WEIGHT
11.1 lbs./U.S. gal.
1.3 kg/liter

### AVERAGE NON-VOLATILE
30% by weight

### SERVICE TEMPERATURE RANGE
(Temperature to which dry coating is subjected.)
-30°F to 200°F
-34°C to 93°C

### APPLICATION TEMPERATURE RANGE
40°F to 100°F
4°C to 38°C

### BONDING TIME
0 to 5 minutes - 1 surface
20 minutes to 1 hour - contact

### COVERAGE
150 to 250 sq. ft./U.S. gallon
(3.6 to 6.1 sq. meters/liter)
For Sealing 2" (5.08 cm) wide Laps:
600 to 750 lin. ft./U.S. gal. (48 to 60 m/liter)
Varies with substrate

### CLEAN-UP
Non-Flammable:  Chlorinated Solvents
Flammable:  Xylene

### WATER VAPOR PERMEANCE ASTM E-96
1.0 perms(Procedure B)



ADHESIVES
SURFACE BURNING CHARACTERISTICS

Applied to Inorganic Reinforced Cement Board
Flame Spread:                                               10
Smoke Developed:                                           0

Tested as applied at a coverage rate of 200 ft²/gal
312U

**CP-82** contains no asbestos, lead, mercury, or mercury compounds.



03/08

## Specialty Construction Brands, Inc.

Customer Service
800-231-9541

1105 South Frontenac St.
Aurora, IL  60504

Fax
800-942-6856

# CHIL-STIX® FRN CP-82

## *Suggested Specifications*

**ADHESION OF BLANKET INSULATIONS TO DUCTS**
All fibrous glass (or other) insulations shall be applied to duct using CHIL-STIX FRN CP-82 adhesive. Entire sheet metal duct surface shall receive a coat of CHIL-STIX FRN CP-82 adhesive applied at a maximum coverage of 250 sq. ft. per gallon (6.1 sq.m/l).

**NOTE TO SPECIFYING ENGINEER**
Since an adhesive has no better strength than the material it is adhering, and since most insulations such as fibrous glass tend to delaminate, it is desirable in most cases to use welded pins or adhered clips and retaining washers as useful adjuncts to securement. Such welded pins or clips are usually fastened on 18"-24" (45-60 cm) centers, and are particularly necessary in duct lining work, or across the bottoms of ducts, which are being wrapped.

**LAPS OF VAPOR BARRIER JACKETS ON PIPE AND DUCT INSULATION**
All laps of factory applied jackets and tapes for butt joints shall be adhered with CHIL-STIX FRN CP-82 adhesive. Minimum overlaps shall be 2" (5.08 cm). Laps should be smooth and continuous.

**LAPS OF PRESIZED GLASS CLOTH PIPE COVERING JACKETS**
All laps of presized glass cloth pipe covering jackets shall be adhered with Childers CHIL-STIX FRN CP-82 adhesive, smoothing out all wrinkles to insure a smooth attractive finish.

## *Application Guide and Suggested Procedures*

**1. USE OF MATERIAL**
CHIL-STIX FRN CP-82 is a pigmented adhesive, which should require very little mixing. Sometimes upon standing, there will be a slight separation, requiring some mixing before using. **DO NOT THIN.**

Although it will not freeze at low temperatures, it is suggested that CHIL-STIX FRN CP-82 adhesive not be applied at temperatures lower than 40° F (4° C) due to the possibility of condensation or frosting on metallic surfaces, which retards drying and inhibits bonding. Applications made at temperatures exceeding 100° F (38° C) may result in blistering.

**Use only in well ventilated areas. Avoid prolonged breathing of vapors and prolonged or repeated contact with skin.**

**2. THE CONDITION OF THE SURFACES TO BE COATED**
Chil-Stix FRN CP-82 adhesive may be applied over almost any type of substrate. It is advisable that metal surfaces be as oil free as possible. No primer is required over galvanized steel or aluminum to gain maximum adhesion. Do not apply over wet or damp surfaces, as the adhesion will be affected.

**3. APPLICATION**
CHIL-STIX FRN CP-82 adhesive is a brush adhesive. For applying blanket to sheet metal duct where spray type adhesives are desired, CHIL-SPRAY® NF CP-89 adhesive is recommended. When used as a contact cement, apply CP-82 to both surfaces. Allow it to dry before bonding.

For adhering light density insulation such as fibrous glass blanket to sheet metal duct, the CHIL-STIX FRN CP-82 adhesive should be brush applied at a maximum coverage rate of 250 sq. ft. per

gallon (6.1 sq.m/l). It is not necessary to prime galvanized steel or aluminum. The insulation should be firmly embedded into the adhesive immediately after the application of the adhesive, making sure of complete contact. It is advised that the user determine the best bonding period based upon the particular working conditions such as temperature, humidity, and air movement. It is suggested that the adhesive be applied in 100% coverage. It is advisable to use mechanical fastening devices such as welded pins, particularly on the bottom of wide ducts, or other overhead applications.

**The solvents in this adhesive will attack polystyrene foam and might attack certain other plastic foams, films or laminates.** The user should determine by prior test that this adhesive may be used with a specific material and under the application conditions which exist.

For adhering the laps of pre-sized glass cloth, the adhesive may be applied to the under side of the lap, and then when tacky, the lap should be firmly adhered working from the center of the section outward to effect a smooth surface finish.

For adhering the laps of vapor barrier jackets, as on pipe insulation, it is suggested that the adhesive be applied at a heavier rate than for applying blanket insulation. It is preferable to coat both surfaces of the jacket, or as an alternate, coat the underside (foil side); strike the lap: then wait until the adhesive is dry so that none is transferred to the finger when touched. The time allowed for sealing can be as long as several days. Jackets may have adhesive applied to the lap in advance and sealed after the adhesive is dry. In all cases of lap adhesion, it is suggested that the laps be sealed together by working from the center outward, to effect smooth surface finish.

## CUSTOMER SERVICE—800-231-9541 OR 800-338-2975

IMPORTANT: Specialty Construction Brands, Inc. warrants that each of its products will be manufactured in accordance with the specifications in effect on the date of manufacture. WE MAKE NO OTHER WARRANTIES AND EXPRESSLY DISCLAIM ANY WARRANTIES OF MERCHANTIBILITY OR FITNESS FOR A PARTICULAR PURPOSE. If a product fails to meet this limited warranty, purchaser's sole and exclusive remedy is replacement of the product or, at our option, refund of the purchase price. OUR ACCEPTANCE OF ANY ORDERS FOR THE PRODUCT IS EXPRESSLY CONDITIONAL UPON PURCHASER'S ASSENT TO THE TERMS ON THE APPLICABLE INVOICE.
ADEQUATE TESTS: The information contained herein we believe is correct to the best of our knowledge and tests. The recommendations and suggestions herein are made without guarantee or representation as to results. We recommend that adequate tests be performed by you to determine if this product meets all of your requirements. The warranted shelf life of our products is six months from date of shipment to the original purchaser.

**For professional use only.   Keep out of reach of children.**
**Consult Material Safety Data Sheet and container label for further information.**

FREE SHIP TO STORE! OR HOME! ON OVER 400,000 ITEMS'. ● NEED IT NOW? BUY ONLINE AND PICK UP IN STORE!



More saving.
More doing.

Your Store:
W Knoxville #730 (Change)

PRO Site    Tool & Truck Rental  |  Installation Services and Repair  |  Gift Cards  |  Help

## Crack-Stix 250 ft. 2-Gal. Small Black Permanent Blacktop Crack Filler



Model # 2060  Internet # 203643140

★★★★★ (4)    **Write a Review**

**$74.99** / each

**PRODUCT SOLD :**  Online Only
Item cannot be shipped to the following state(s): AK,GU,HI,PR,VI

## PRODUCT OVERVIEW

250 ft. 2-Gal. Crack-Stix Permanent Blacktop Crack Filler - Small Black is a contractor-grade thermo-plastic black rubber designed for use with a propane torch or heat gun. It is a permanent, patented, self-leveling seal for small asphalt cracks and joints. This product produces a 100% watertight seal.

- Fills asphalt cracks and joints 1/4 in. to 1/2 in. diameter
- Hot-applied rope-like filler bonds to sidewalls for a permanent seal
- Traffic ready in approximately 20 minutes
- No volatile organic compounds

## SPECIFICATIONS

| | | | |
|---|---|---|---|
| Assembled Depth (in.) | 10 in | Assembled Height (in.) | 10 in |
| Assembled Width (in.) | 10.25 in | Color Family | Black |
| Container Size (gallons) | 2 | Coverage Area (sq. ft.) | 0 |
| Manufacturer Warranty | See More Info - Warranty | Product Type | Patch |
| Product Weight (lb.) | 8 | Returnable | 90-Day |

## SHIPPING OPTIONS

Most orders process within 3 business days.

Please allow 3 to 5 business days for **Standard Shipping** in addition to order processing, which varies by product.  Items deliver by small parcel service.
Orders for this item may be expedited for an additional fee.

Other Delivery Options:

**Expedited Shipping:** Delivery the second business day in addition to order processing time, which varies by product. Items deliver by small parcel service.

**Express Shipping:** Delivery the next business day in addition to order processing time, which varies by product. Items deliver by small parcel service.

If product is eligible for shipping to AK, HI and US Territories additional transit time and remote surcharges may apply.

This item is also available for pick up in your local store (FREE) within 4-7 business days, plus order processing time.



## Office DEPOT.

X Sign up & save

Get insider deals, exclusive promotions and more delivered right to your inbox.

• Don't show this again

**final days** Get your SurPRIZE $10 $25 $50 $100 $500   Make a $10 purchase in March. Save up to $500 in April!   No purchase necessary, ends 3/31/14.   LEARN MORE ▶



This item is in your cart

# Elmer's® Stix-All Indoor/Outdoor Adhesive, Clear

★★★★★ 1 Reviews

ON
Item # 522835
Bonds to metal, canvas, leather, glass, ceramics, wood, vinyl and most plastics
High-tech adhesive is flexible, impact resistant, waterproof and dishwasher safe!
Adhesive is nonflammable and great for indoor/outdoor use.

Your Price
$3.99 $3.99
/ each

✓ In Stock

✓ Estimated delivery 1-3 business days ⓘ

Pricing, Assortment and Availability

## About This Product

### DESCRIPTION

Bonds to metal, canvas, leather, glass, ceramics, wood, vinyl and most plastics
• High-tech adhesive is flexible, impact resistant, waterproof and dishwasher safe!
• Adhesive is nonflammable and great for indoor/outdoor use.

### PRODUCT DETAILS

| | |
|---|---|
| Item # | 522835 |
| Manufacturer # | EPIE650A |
| permanent/removable | permanent |
| washable | no |
| container weight | 0.625 oz |
| quantity | 1 |
| glue color | Clear |
| brand name | Elmer's |
| manufacturer | Elmer's Products, Inc. |
| Ecolabel | Certified AP Nontoxic |

1-1 of 1

Back To Top

## Pourable Glue best sellers

| $399 / BO | | | |
| $399 / pack | | |
| $389 / each | |
| $399 / pack |
| $319 / pack |
| $479 / each |
| $599 / each |
| $1629 / |
| each |
| $429 / pack |
| $329 / pack |

## Customers who viewed similar products also viewed

| $499 / pack |
| $389 / each |
| $1869 / pack |
| $399 / pack |

FREE SHIP TO STORE OR HOME* ON OVER 400,000 ITEMS*. ● NEED IT NOW? BUY ONLINE AND PICK UP IN STORE*.



PRO Site | Tool & Truck Rental | Installation Services and Repair | Gift Cards | Help

More saving.
More doing.

Your Store:
W Knoxville #730 (Change)



## Latex-ite 2.25 lb. 30 ft. Medium Gray Pli-Stix Permanent Concrete Joint and Crack Filler

Model # 35100  Internet # 203596490

★★★★☆ (4)   **Write a Review**

## $15.99 / each

**Item Not Sold at W Knoxville #730**
Check nearby stores to confirm availability and pick up options.

**PRODUCT SOLD :** Online & In Store
Item cannot be shipped to the following state(s): AK,GU,HI,PR,VI

## PRODUCT OVERVIEW

Introducing the only permanent filler for concrete joints and cracks: 30 ft. pli-stix medium gray permanent concrete joint and crack filler. This product originated from federally specified highway jobs but the only difference is you do not need a 200-gal. melter to apply it. Pli-stix is permanent because it is applied with heat (a simple hand held torch) and it bonds to the sidewalls of the crack. Cracks open up because they expand and contract with freeze or thaw cycles - but pli-stix will expand and contract right along with mother nature. Medium pli-stix is designed for joints and cracks 1/2 in. to 1 in. in diameter.

- For concrete joints and cracks 1/2 in. - 1 in. (12.7 mm - 25.4 mm) in diameter
- Hot applied, self-leveling, gray, rope-like filler bonds to sidewalls for a permanent seal
- 30 ft. (9.1 m) of medium gray pli-stix
- Traffic ready in approximately 20 minutes
- Chlorine resistant - great for pool deck concrete joints
- No volatile organic compounds
- Prevent slip, trip and fall accidents

## SPECIFICATIONS

| | | | |
|---|---|---|---|
| Assembled Depth (in.) | 2 in | Assembled Height (in.) | 12.5 in |
| Assembled Width (in.) | 11.25 in | Color Family | Gray |
| Container Size (gallons) | 0 | Coverage Area (sq. ft.) | 0 |
| Manufacturer Warranty | See More Info - Warranty | Product Type | Patch |
| Product Weight (lb.) | 2.25 | Returnable | 90-Day |

## SHIPPING OPTIONS

Most orders process within 3 business days.

Please allow 3 to 5 business days for **Standard Shipping** in addition to order processing time, which varies by product. Items deliver by small parcel service.
Orders for this item may be expedited for an additional fee.

Other Delivery Options:

**Expedited Shipping:** Delivery the second business day in addition to order processing time, which varies by product. Items deliver by small parcel service.

**Express Shipping:** Delivery the next business day in addition to order processing time, which varies by product. Items deliver by small parcel service.

If product is eligible for shipping to AK, HI and US Territories additional transit time and remote surcharges may apply.

Applicators, Dispensing & Mixing Accessories > Applicator Brushes & Brush Tips

## Micro-Stix™ - Adhesive Tip Applicators, 64/Pkg - Microbrush International

Sign In



**Micro-Stix™ - Adhesive Tip Applicators, 64/Pkg**

micro-Stix™, the new disposable placement instruments designed to securely hold and place fragile or small items during restorations. The micro-Stix™ design consists of flexible plastic sticks with patented bendable necks and nonhardening adhesive tips that securely attach to most surfaces.

- Pressure sensitive adhesive
- Tips hold restorations until placed onto preparation
- No adhesive residue remains on adhered surfaces after the applicator is removed
- Tip can be used multiple times during a single patient treatment
- Disposable to avoid cleanups and reduce the risk of cross-contamination

More image(s)

**Sign In**

Forgot Password?

Register Now

| Title/Description | Patterson Item # | Mfg Item # | Price | Qty |
|---|---|---|---|---|
| Original Hold - Blue | 383-4629 | STIX64B | See My Price | |
| Smart Hold - Green | 383-4611 | STIX64G | See My Price | |

Legend[+]

**Add to Cart**

**Customers who bought this also bought**

▲



Patterson® Pouch Plus
Sterilization Pouches
Patterson Dental Supply



GUM® Eez-Thru® Floss
Threaders
Sunstar Americas Inc.

▼



# Greenstreak Reveal StiX™
# Installation Guide

## Introduction:
Reveal StiX™ by Greenstreak deliver the highest quality and most economical reveal product available to the tilt-up industry. The unique composition of an expanded foam core and a durable smooth plastic shell eliminates preparation and sealing steps required when using other reveal materials. Reveal StiX transfer a crisp, uniform impression and release easily when the panel is lifted. Reveal StiX are easily installed using Peel-n-StiX factory-applied adhesive. They are also available without glue when it is preferred to apply them using a spray adhesive or other fasteners such as dowels, nails or screws.





Peel-n-StiX

## Slab Preparation:
Reveal StiX should be installed on a clean, dry and smooth casting slab, free of dust, dirt and laitance. Reveal StiX may be installed safely over most bond breakers.

## Bond Breakers:
Reveal StiX are compatible with most TCA approved bond breakers. Care must be taken when choosing a bond breaker and their corresponding application procedures. Reveal StiX are compatible with water based (WB) bond breakers. When choosing a solvent-based bond breaker, be sure that all coats of the bond breaker are applied and allowed to fully dry before installing Reveal StiX. Always test compatibility with a mockup.



## Cutting / Trimming:
Reveal StiX are most often cut to length using a circular saw with a fine tooth saw-blade. Ends also trim easily with handheld chamfer cutters. Clip off the corners of the Reveal StiX to the desired angle, then score and remove the excess foam from across the end of the Reveal StiX.

## Mounting to the Slab:
Greenstreak Reveal StiX can be mounted to the casting slab through various means. The new Peel-n-StiX, featuring a factory applied adhesive can provide a quick, clean method of installation. Optional methods are to use an appropriate spray adhesive applied to both the casting slab and the Reveal StiX or wooden inserts with mechanical fasteners. See reverse page for recommended spray adhesives and application.

GREENSTREAK GROUP, INC
A Family of Construction Companies

# SLAP STIX! & 1 1/2 inch Tape

Slap Stix! are a High Tech Clear Polymer Composite With Permanently Flexible Industrial Waterproof Adhesive

Just Peel and Stick on your Canopy for a long lasting repair. We have used these on 1-26s, 1-36, 2-33s, 2-32s, Cubs, Pawnees, glass ships. They seem to last for for many years. These are fantastic for a quick canopy repair. They are clear and *do not yellow*.

Slap Stix! come in 2" x 9" strips or 2" x 18" strips (however shipping on the 18" lengths are a lot more expensive!). We normally stop drill the crack and then clean and Slap em' on! They dry and are flyable in minutes. These are obviously NOT Structural repairs! But they have many uses (Boat hull repairs too) and if not satisfied I will buy them back! We have found these to be irreplaceable and have saved us thousands of dollars in canopy replacements and down time.

For years we have tried to arrange to sell these. They were designed to repair Washing machine leaks so they are very, very strong! They sell for over $40 thru one of the washing machine manufacturers. They are also sold to Appliance repairmen, but again they are very hard to find!

Made in the USA!

*NEW* we now also have a Thin, about half the thickness!!

2-33 Back window, big area! Chunks missing!    Front Canopy around Latch

Aubuchon Hardware
Skip to content
Find a Store
Contact Us
Order Status
**855-716-8722**
**0** item(s) in cart
Close
Item(s) In Your Shopping Cart

View/Edit SHOPPING CART

with Shipping, Tax & Availability

Email Specials



Search  What are you looking f  Search
Shopping
Blog
About Us

Home
Shopping
Paint and Supplies
Sundries
Household Glues
All Purpose Glue
BACK to ITEMS



Magnify
Print

# Stix N Seal All Purpose Adhesive, 1oz

**ITEM 646674**  |  MODEL #1716815 by Henkel Adhesives

| QTY | PRICE | AVAILABILITY |
|---|---|---|
| 1 | $5.29 / each  FREE Shipping | |

Select Language        Powered by Google **Translate**

## SIG STIX-IT Heat Activated Covering Adhesive



- Easy to use
- Saves time
- Superior adhesion
- Allows economical covering materials to be iron-on
- Keeps iron-on plastic & fabric coverings stuck down
- Strengthens and seals the wood
- Low weight, one thin brushed-on coat is all that is necessary
- Cleans up with Sig Butyrate Dope Thinner
- Compatible with all common model airplane paints

**Stix-It is the perfect companion for any model airplane covering material. It has a super strong heat-activated adhesive built right in that keeps your covering material stuck down tight.**

Stix-It works great for adhering SIG Koverall, silk, silkspan, tissue, or any other uncoated covering material to a model. Its high solid content and adhesion qualities make it a breeze to cover models with these economical coverings. Stix-It eliminates the messy part of the traditional process. No more need to dope through the covering and rub it down with your fingers. Simply brush a coat of Stix-It on the wood, let it dry, then iron on your covering material.

Stix-It also works great as a surface preparation and wood sealer for any of the pre-finished iron-on coverings, either plastic film or fabric type. The superior adhesion of Stix-It helps eliminate the troublesome pull-ups and lifting seams common with those coverings. It also reduces fuel seepage under the seams of the covering.

**For more information and option to buy link to:**
**www.sigmfg.com**

Advertise with MatWeb!



Data sheets for over 100,000 metals, plastics, ceramics, and composites.

HOME • SEARCH • TOOLS • SUPPLIERS • FOLDERS • ABOUT US • FAQ • LOG IN

SEARCH

Searches: Advanced | Category | Property | Metals | Trade Name | Manufacturer | Recently Viewed Materials

FREE WEBINAR

# Structural Mechanics Analysis

REGISTER ≫



COMSOL

## Thermal Ceramics Therm-O-Stix Fibrous Adhesive

**Categories:** Ceramic; Oxide; Silicon Oxide

**Material Notes:**
Therm-O-Stix is a fibrous adhesive material composed of sodium silicate and cellulose fiber, and contains no asbestos fibers. Therm-O-Stix is a fast setting compound used for bonding board or blanket insulation to surfaces and has excellent adherence for holding in place while other refractories are being installed. It can be used to waterproof board and blanket insulation to prevent the insulation from absorbing moisture from product being installed, such as castable and moldable refractories. Therm-O-Stix can be brushed or troweled on the products for bonding to various surfaces.

When coating material to make impervious to moisture, coverage will be approximately 20 sq. ft. per gallon. When spot troweling to stick board or blankets to surfaces, coverage will be approximately 25 sq. ft. per gallon.

**Features:**

- Finishing cement recommended for temperatures up to 1400°F
- Finishing cement provides a strong protective coating for other insulation materials
- Insulating cement recommended for temperatures up to 1800°F
- Insulating cement is a non-corrosive cement with outstanding adhesion
- Fibrous adhesive maximum service temperature 1200°F
- No asbestos fibers
- Fast setting compound

Information provided by Thermal Ceramics

Data has not been recently verified. Please contact manufacturer for current information.

**Vendors:**

### Available Properties

- Density, dry
- Density, wet
- Ash
- Maximum Service Temperature, Air
- Alkalis
- SiO2

### Property Data

This page displays only the text of a material data sheet.

To see MatWeb's complete data sheet for this material (*including material property data, metal compositions, material suppliers, etc*), please click the button below.

View Data

Manufacturer Notes:
none

Category Notes
none



**Morgan ThermalCeramics**

Insulating Our World



# Therm-O-Stix™ Adhesive

Datasheet Code  US: 5-14-1055

MSDS Code  US: TR104

© 2009 Morgan Thermal Ceramics, a business within the Morgan Ceramics Division of The Morgan Crucible Company plc



## Product Description

Therm-O-Stix is a fibrous adhesive material composed of sodium silicate and cellulose fiber, and contains no asbestos fibers.  Therm-O-Stix is a fast setting compound used for bonding board or blanket insulation to surfaces and has excellent adherence for holding in place while other refractories are being installed.  It can be used to waterproof board and blanket insulation to prevent the insulation from absorbing moisture from product being installed, such as castable and moldable refractories.  Therm-O-Stix can be brushed or troweled on the products for bonding to various surfaces.

When coating material to make impervious to moisture, coverage will be approximately 20 sq. ft. per gallon.  When spot troweling to stick board or blankets to surfaces, coverage will be approximately 25 sq. ft. per gallon.

## Features

- Fibrous adhesive maximum service temperature 1200°F (649°C)
- No asbestos fibers
- Fast setting compound

## Applications

- Bond fiber insulation or vermiculite boards
- Adhere fiber products to metal temporarily
- Waterproof fiber blankets and boards

## Handling

Therm-O-Stix should be stored at room temperature.  Should product freeze from outside storage, bring back to room temperature and remix.  Normal shelf life is minimum 12 months in unopened containers when stored properly.

## Physical Properties

|  | Therm-O-Stix |
|---|---|
| Continuous temperature use limit, °F (°C) | 1200 (649) |
| Maximum temperature rating,°F (°C) | 1200 (649) |
| Density, (ASTM C 303) |  |
| wet, lb/ft³ (kg/m³) | 82 (1314) |
| dried, lb/ft³ (kg/m³) | 15 (240) |
| Shelf Life, minimum, months | 12 |

**Chemical Analysis, %, Weight basis after firing**

| | |
|---|---|
| Silica, $SiO_2$ | 74 |
| Other | 23 |
| Ash | 3.0 |

## Packaging

5 gallon pail, 52 lbs.
24 pails per pallet

The values given herein are typical average values obtained in accordance with accepted test methods and are subject to normal manufacturing variations. They are supplied as a technical service and are subject to change without notice. Therefore, the data contained herein should not be used for specification purposes. Check with your Thermal Ceramics office to obtain current information.