# EXHIBIT 3

# RICHARDS IP LAW

Patent • Trademark • Copyright

Robert E. Richards, Esq.
Attorney at Law/Registered Patent Attorney
2146 Roswell Road
Suite 108-863
Marietta, GA 30062
Office: 404.990.4558
Mobile: 404.326.7003
Email: RichardsIPLaw@Comcast.net

December 29, 2015

VIA EMAIL
CONFIRMATION VIA FIRST CLASS MAIL

Robert O. Fox
LUEDEKA NEELY GROUP, P.C.
900 S. Gay Street
Suite 1504
Knoxville, TN 37902

Re:   Infringement of XL Brands' U.S. Trademark Registration No.
      1,824,786 for the mark STIX
      Our Ref: TRC5-8011

Dear Bob:

This letter is in response to your letter dated June 2, 2015. We hereby renew our demand that Base King cease and desist from infringing XL Brands' trademark STIX based on Base King's use of the mark EnviroSTIX. We further demand that Base King cease and desist from infringing XL Brands' trademark STIX based on Base King's use of the marks RUGSTIX and STIXTAPE (also used as STIX Tape) and any other flooring-related product marketed by Base King that includes a "STIX" designation.

Your June 2nd letter raises several alleged defenses. You contend that: 1) there are differences between Base Kings' services and XL Brands' good; 2) that the term "stix" is a relatively dilute mark; and 3) that our analysis of similarities of the marks unduly dissects Base Kings' mark EnviroSTIX. We dispute each of your foregoing contentions. I address each of those contentions below.

First, you allege that there are differences between your EnviroSTIX product and XL Brands' STIX product. However, both products are adhesives used to adhere flooring products to a subfloor. Although Base King's Registration No. 4,058,441 is for a service, Base King clearly markets its adhesive and primer/sealer products under the EnviroSTIX trademark. For example, attached is a Base King brochure for its EnviroSTIX products. This brochure describes "EnviroSTIX® Pre-applied Adhesive" and "EnviroSTIX® Primer/Sealer". Thus, Base King uses its EnviroSTIX mark in association with flooring adhesive products. These are precisely the goods listed in XL Brands' Registration No. 1,824,786 for STIX. Base Kings' EnviroSTIX primer/sealer is clearly a related flooring product used for preparation of the floor for adhesive application. Therefore, Base King's and XL Brands' goods are identical or at least closely related.

EXHIBIT "3"

Robert O. Fox
LUEDEKA NEELY GROUP, P.C.
December 29, 2015
Page 2 of 3

    Base Kings' brochure is directed to adhesive and flooring products and its intended consumers are professional flooring installers and do-it-yourself installers. For example, the brochure states "NO WAIT TIME TO USE YOUR NEW FLOOR" and "No messy buckets to spill." The reference to "No messy buckets to spill" is clearly an attempt to distinguish over adhesive product, such as those sold by XL Brands.

    The brochure contains installation instructions that state, *inter alia*:

1. Always install on a clean, air-dried substrate.
2. Roll and cross-roll EnviroSTIX® Primer/Sealer onto the substrate (NOTE: Use of EnviroSTIX® Primer/Sealer is required for manufacturers warranty to remain valid.)
3. Allow the primer to dry completely.
4. Install flooring with EnviroSTIX® Pre-applied Adhesive.
5. Roll and cross-roll all material installed with a 100 lb roller.
6. The new floor is now ready for full use.

\*NOTE: This sheet is an outline of the most essential installation instructions. Prior to actual installation of material, the detailed installation instructions provided by both Base King and the manufacturer of the selected material should be consulted and followed.

If there are any installation questions related to the use of EnviroSTIX® Pre-applied Adhesive System, call Base King Technical Support at 1-888-428-3106.

    These instructions are not directed to a flooring product manufacturer. They are directed to professional flooring installers and do-it-yourself installers. These are the same category of customers that are the consumers of XL Brands' STIX adhesive products.

    Second, you allege that the term "stix" is relatively dilute. As support for your contention you cite eleven other registered trademarks that include the term "stix" as a part of the registered mark. However, none of those registrations are for flooring products, except for STIX 4. Furthermore, XL Brands' date of first use predates all of those registrations except STIX 4, STIX-ALL, CHIL-STIX and STIX-ON. However, the STIX 4 and STIX-ON marks are no longer in use and the required maintenance documents have not been filed for renewal of those registrations. Attached are specimens for the STIX-ALL and CHIL-STIX marks. As you can see these adhesives are not related to the flooring market. Thus, with respect to flooring products, the mark STIX is not dilute at all. Furthermore, XL Brands has been using the mark STIX in association with its adhesive products continuously and nationwide since 1983. Therefore, contrary to your assertion, XL Brands' STIX trademark is a strong mark with respect to flooring products.

    Lastly, you allege that our analysis of the similarities of the marks STIX and EnviroSTIX unduly dissects your client's mark. However, our analysis does not dissect your client's mark.

Robert O. Fox
LUEDEKA NEELY GROUP, P.C.
December 29, 2015
Page 3 of 3

Our contention is that Base King's mark EnviroSTIX appropriates the entirety of XL Brands' registered mark STIX. Furthermore, it is important to note that in actual use Base King capitalizes the "stix" portion of its mark and therefore adds emphasis to the STIX aspect of the mark. This feature adds to a substantial likelihood of confusion between the two marks.

We believe that the analysis of the elements of a likelihood of confusion for the marks RUGSTIX and STIX Tape are identical to those for EnviroSTIX. Briefly, the RUGSTIX and STIX Tape marks are both used for an adhesive tape for adhering carpet to flooring or adhering other flooring related products. Therefore, the products, the class of customer and the channels of trade for these products are the same as those used for XL Brands' STIX products. The RUGSTIX and the STIX Tape marks appropriate the entirety of XL Brands' registered mark STIX. Therefore, the appearance, the meaning and the sound of the marks are similar and are likely to cause confusion of the consuming public.

In addition, XL Brands owns Registration No. 4,251,229 for the mark Dyna-Stix (copy attached), Registration No. 4,747,310 for the mark STIX ESSENTIAL (copy attached), Registration No. 4,787,433 for the mark DRISTIX (copy attached) and Registration No. 4,834,927 for the mark PADSTIX (copy attached). Thus, XL Brands owns a family of STIX marks for flooring adhesive products. As you are well aware, a family of marks is entitled to a broad range of protection.

Accordingly, we hereby demand that Base King immediately cease and desist all infringement of XL Brands' trademark STIX. We further demand that Base King immediately cease and desist from all use of the mark EnviroSTIX, RUGSTIX, STIX Tape and any other adhesive products for flooring and associated goods marketed by Base King that includes a "STIX" designation, or variations thereof, that are likely to cause confusion with XL Brands' products sold under the STIX family of trademarks. Please contact me within ten (10) days of your receipt of this letter and advise me of your intentions in this matter.

Yours truly,

Robert E. Richards

Enclosures
cc: Joe Tuttolomondo
    Chip Howalt

# ADVANCED PRE-APPLIED POLY-ACRYL[IC] [A]dhesive System

## The Professional Adhesive System for Healthier, Smarter Flooring



| | |
|---|---|
| | Solvent-free, Acrylic Dispersion |
| | 0.23 mm |
| | Polyester Scrim |
| | Brown Silicon Paper |
| | AFERA 4001 P11 30 N / 25 mm |
| | DIN 53112 |
| | DIN 53112 |
| | -30° up to 120° C |
| | Good |
| | Very Good |
| | Very Good |
| | Aggressively Adhesive |

[...] Applied Acrylic Adhesive for Resilient Flooring is manufactured to exacting [...] adhesive tapes to their intended end use, providing they are applied and used [...] usage under proper jobsite/construction conditions outlined in the product data/ Base King's EnviroSTIX® is an excellent adhesive for bonding most resilient applications PVC-free, VCT, Rubber and many other quality materials to any properly prepared flooring [...] of ten (10) years from date of installation or that its EnviroSTIX® Adhesive System will not have

[...]® will reimburse, at cost, any damaged material and will reimburse the user for any reasonable [...] made after January 1, 2009 for new floor covering. The use of seconds, or trial runs will void [...] covering with date purchased, pricing, name and style of materials, and factory run/lot numbers and warranty claim verification.

[...]ering, and adhesive manufacturer's floor preparation procedures and standards. 2) Directions [...] 3) Installations shall be done in a professional manner by qualified installation technicians/ [...]esive distributor in written form, giving the date, location and size of the installation. This should [...]olved in the claim.

[...]ty does not cover bond failure caused by abnormal use, nor failure caused by cleaning chemicals or [...] the floor covering and/or adhesive. Neither does this warranty cover staining of sheet goods (including [...]per mats, deck stains, asphalt driveway sealers, moisture, or mildew staining caused by floor patching compounds [...]eyond Base King, LLC®'s control, which includes but are not limited to moisture in substrates in excess of that [...]e caused by flooding, storms, natural disasters, broken pipes, defective substrates, or defective floor coverings. We exclude [...]tes do not allow these exclusions, so the above limitations may not apply to you. To qualify for the warranty, the job number [...] Base King, LLC , and the installation in question must be inspected by both supplier and Base King, LLC

...d, poly-acrylic adhesive system — designed to meet today's rigorous ...resence of high moisture and/or alkalinity. The stage is set that will allow ...utionize the flooring industry by changing the way flooring contractors, ...sers think about installations.

- No VOCs
- No messy buckets to spill

**NEW FLOOR**

**MOISTURE**
9+% RH

mediation

**R INSTALLATIONS**

Ensure the best installation results on your next job with our fine particulate co-polymer latex acrylic primer/sealer for EnviroSTIX® installations.

Limit of 99% RH.

Will reduce current existing vapor emissions by up to 80%

pH (alkalinity) limit: 11.5

Recommended pre testing for moisture: See and follow same recommended ASTM test(s) & procedures for the EnviroSTIX® adhesive.

Sold in 1 Gallon Jugs or 5 Gallon Buckets

## ESSENTIAL ENVIROSTIX® INSTALLATION INSTRUCTIONS

1. Always install on a clean, air-dried substrate.
2. Roll and cross-roll EnviroSTIX® Primer/Sealer onto the substrate. (NOTE: Use of EnviroSTIX® Primer/Sealer is required for manufacturers warranty to remain valid.)
3. Allow the primer to dry completely.
4. Install flooring with EnviroSTIX® Pre-applied Adhesive.
5. Roll and cross-roll all material installed with a 100 lb roller.
6. The new floor is now ready for full use.

**\* NOTE:** This sheet is an outline of the most essential installation instructions. Prior to actual installation of material, the detailed installation instructions provided by both Base King and the manufacturer of the selected material should be consulted



**EnviroSTIX® Application on Resilient Flooring**

...industry has been looking ...required all commercially ...solvents because of their ...ne in constant contact with

...or holding the bonding ...easily transported applied ...made it impossible to ...mulas. The safest and most available replacement for chemicals was water er-based adhesives that were reliable and economical

...artest scientists in the world knew that all concrete contains water, even ...that if water in water-based adhesives mixes with the moisture in the ...d compromises the bond strength. The result is a failure of the flooring

...'90s and early 2000s were a time when flooring and adhesive ...money to settle claims when their products failed. To try and stem this ...industry in the flooring business. Called "Moisture Remediation", ...llars and millions of man-hours developing ancillary applications ...crete from impacting and causing bond failure in the adhesives whose job it ...ase efforts produced some success, but the successes have not been consis-



**ELMER'S**

Products Providers Lessons Blog [illegible]

Sign In | Create an Account

Parents  Teachers  Crafters  DIYers  Products

Elmer's > Glues & Adhesives > Stix-All® Cement

## Stix-All® Cement

**Product Description:**
Perfect for everyday light household repairs. Bonds with a flexible, water resistant bond that fills gaps and provides impact resistant bond that fills gaps and provides impact resistance too. Clean up: use dry rag to clean hands, surfaces, and tools before adhesive cures. Wash hands with soap & water.

**Product Rating:**


| Retailer | Product Name | In Stock? | |
|---|---|---|---|
| Office Depot | Elmers Hi-Tech Stix All Adhesive - .63 Ounce | YES | BUY NOW |
|  | Elmers Hi-Tech Stix All Adhesive - .63 Ounce | YES | BUY NOW |

Zoom [+]    High Res

View MSDS sheet

# Childers®

FOR INDUSTRIAL USE ONLY BY TRA
KEEP OUT OF REACH OF CHILDREN
DATA AND MSDS SHEETS FOR COM
INSTRUCTIONS AND PRODUCT INFO

## CP-82

### CHIL-STIX® FRN
### CONTACT BOND ADHESIVE



**CLASSIFIED UL**
Adhesive
Surface Burning Characteristics
Applied to 1/4" Inorganic Reinforced
Cement Board

Flame Spread     10
Smoke Developed   0
Tested as applied at a coverage rate of 200 ft2/gal
Flash point of liquid coating (closed cup): No flash to

312U

HMIS: HEALTH 2   FLAMMABILITY 1   REACTIVITY 0
VOC: 2.2 g/l, less exempt

**RECOMMENDATIONS:**
- On laps of vapor barrier jackets on pipe insulations, blankets and boards.
- On laps of pre-sized fiber glass cloth.
- Adhering fibrous glass insulations to metal, and many surfaces
- Adhering many plastic foams except polystyrene foams.
- General purpose adhesive.

**APPLICATION INSTRUCTIONS:**
Store and apply between 40°F (4°C) and 100°F (38°C).
1) Do not dilute. Clean surfaces of all dust, dirt, oil and loose rust.
2) Never apply over wet/frozen surfaces or insulation.
3) No primer is required over galvanized steel or aluminum to gain maximum adhesion.
4) Stir before using. Apply by brush.
5) Use only in well-ventilated areas.
6) Apply to metal surface in smooth, even strokes.
7) Press insulation into wet adhesive making sure of complete contact.
8) For adhering to laps or tapes of vapor barrier materials it is best to coat both surfaces to be adhered. Alternate method is to apply adhesive to foil, or underside, and 'strike' lap and then re-open. Allow solvent to escape. When adhesive no longer readily transfers to the finger, the lap is ready to be closed.
9) Clean-up with Methylene Chloride.
10) Do not use over Polystyrene.

### SAFETY PRECAUTIONS

CONTAINS: Methylene Chloride
PRODUCT HAZARDS: WARNING Moderate eye irritant. Causes skin irritation. Severe respiratory tract irritant. Harmful if swallowed. Cancer hazard. Central nervous system, Liver, Heart, Lungs may be damaged by overexposure.
PRECAUTIONS: In case of fire: Use water spray, foam, dry chemical or carbon dioxide. In case of spills: Dike if necessary, contain spill with inert absorbent and transfer to containers for disposal. Keep spilled product out of sewers, watersheds, or water systems. Handling and storage: There is possibility of pressure buildup in closed containers when heated. Water spray may be used to cool the containers. Avoid contacting and avoid breathing the material. Use only in a well ventilated area. Avoid breathing vapors. Use only with adequate ventilation. Avoid contact with eyes, skin and clothing. Wash thoroughly after handling. Keep container closed. Emptied container retains vapor and product residue. Observe all labeled safeguards until container is cleaned. DO NOT CUT OR WELD ON OR NEAR THIS CONTAINER. Aluminum is not an acceptable material of construction for pumps, mixers, fittings or storage for this product. Wear safety glasses with side shields. Respiratory protection is normally required. Wear protective gloves. Local exhaust ventilation or other engineering controls are normally required when handling or using this product to avoid overexposure.
FIRST AID MEASURES: EYES: Flush eyes for 20 minutes. Get immediate medical attention. SKIN: Wash with soap and water. Remove contaminated clothing and launder. Get medical attention if irritation develops or persists. IF VAPORS INHALED: Remove to fresh air. Restore breathing, if necessary. Keep warm and quiet. Call a physician. IF SWALLOWED: Severely irritating. Do not induce vomiting. Seek medical attention immediately. Drink 2 glasses of water or milk to dilute. Do not give anything by mouth to an unconscious person. **(1921)

ADEQUATE TESTS: The information contained herein is believed to be correct to the best of our knowledge and tests. The recommendations and suggestions herein are made without any guarantee or representation as to results. We recommend that adequate tests be performed by you to determine if this product meets all of your requirements. The warranties stated for the products in the normal trade usage of shipment to the actual purchaser.

DISCLAIMER: Specialty Construction Brands, Inc. warrants that each of its products will be manufactured in accordance with its specifications in effect on the date of manufacture. WE MAKE NO OTHER WARRANTIES AND EXPRESSLY DISCLAIM ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. If a product fails to meet this limited warranty, purchaser's sole and exclusive remedy is replacement of the product or, at our option, refund of the purchase price.
OUR ACCEPTANCE OF ANY ORDERS FOR THE PRODUCT IS EXPRESSLY CONDITIONAL UPON PURCHASER'S ASSENT TO THE TERMS OF THE APPLICABLE INVOICE.

An H.B. Fuller Company
MADE IN THE U.S.A.
ISO 9001
Certified By
SGS ICS

Manufactured by Specialty Construction Brands, Inc.
6107 Industrial Way, Houston, TX 77011
For 24 Hour Emergency Information Call:
1-888-853-1758 (Medical) 800-424-9300 (Transport)


3608200005

6 GAL/18.9 L

NC5605

2008 - 27-54

# United States of America
## United States Patent and Trademark Office

# Dyna-Stix

**Reg. No. 4,251,229**   XL BRANDS LLC (GEORGIA LIMITED LIABILITY COMPANY)
198 NEXUS DRIVE
**Registered Nov. 27, 2012** DALTON, GA 30721

**Int. Cl.: 1**   FOR: ADHESIVES FOR USE ON FLOORING MATERIALS, IN CLASS 1 (U.S. CLS. 1, 5, 6, 10, 26 AND 46).

**TRADEMARK**   FIRST USE 1-30-2012; IN COMMERCE 1-30-2012.

**PRINCIPAL REGISTER**   THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 85-436,710, FILED 9-30-2011.

THOMAS MANOR, EXAMINING ATTORNEY



David J. Kappos

Director of the United States Patent and Trademark Office

# United States of America
### United States Patent and Trademark Office

# STIX ESSENTIAL

**Reg. No. 4,747,310**  XL BRANDS, LLC (GEORGIA LIMITED LIABILITY COMPANY)
198 NEXUS DRIVE
**Registered June 2, 2015**  DALTON, GA 30721

**Int. Cl.: 1**  FOR: ADHESIVES FOR FLOORING MATERIAL, IN CLASS 1 (U.S. CLS. 1, 5, 6, 10, 26 AND 46).

**TRADEMARK**  FIRST USE 3-23-2012; IN COMMERCE 3-23-2012.

**PRINCIPAL REGISTER**  THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,824,786 AND 4,251,229.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "STICKS", APART FROM THE MARK AS SHOWN.

SER. NO. 86-410,120, FILED 9-30-2014.

TOBY BULLOFF, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# DRISTIX

| | |
|---|---|
| **Reg. No. 4,787,433** | XL BRANDS, LLC (GEORGIA LIMITED LIABILITY COMPANY) |
| **Registered Aug. 4, 2015** | 198 NEXUS DRIVE<br>DALTON, GA 30721 |
| **Int. Cl.: 1** | FOR: ADHESIVES FOR FLOORING MATERIAL, IN CLASS 1 (U.S. CLS. 1, 5, 6, 10, 26 AND 46). |
| **TRADEMARK** | FIRST USE 10-31-2014; IN COMMERCE 10-31-2014. |
| **PRINCIPAL REGISTER** | THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR. |
| | OWNER OF U.S. REG. NOS. 1,824,786 AND 4,251,229. |
| | SN 86-410,137, FILED 9-30-2014. |
| | TOBY BULLOFF, EXAMINING ATTORNEY |



Michelle K. Lee
Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# PADSTIX

| | |
|---|---|
| **Reg. No. 4,834,927** | XL BRANDS, LLC (GEORGIA LIMITED LIABILITY COMPANY)<br>198 NEXUS DRIVE |
| **Registered Oct. 20, 2015** | DALTON, GA 30721 |
| **Int. Cl.: 1** | FOR: ADHESIVES FOR FLOORING MATERIAL, NAMELY, CARPET CUSHION, IN CLASS 1 (U.S. CLS. 1, 5, 6, 10, 26 AND 46). |
| **TRADEMARK** | FIRST USE 10-31-2014; IN COMMERCE 10-31-2014. |
| **PRINCIPAL REGISTER** | THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR. |

OWNER OF U.S. REG. NOS. 1,824,786 AND 4,251,229.

SEC. 2(F).

SER. NO. 86-410,159, FILED 9-30-2014.

TOBY BULLOFF, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office