# EXHIBIT 4

**Leslie Waycaster**

**From:** Robert O. Fox [rfox@luedeka.com]
**Sent:** Monday, February 01, 2016 9:29 AM
**To:** Robert Richards
**Cc:** Marie Evans
**Subject:** TRC5-8011 STIX Infringement Matter (LN 69612.00)

Bob:

This concerns your letter of December 29, 2015, which followed our June 2, 2014, response to your initial letter of March 20, 2014. Your December 2015 letter references our June 2, 2015, letter. The correct date of our letter is June 2, 2014.

As an initial matter, we understand that in addition to its demands with regard to the ENVIROSTIX logo, your client has requested that our client (emphasis added):

*Cease and desist from infringing XL Brand's trademark STIX based on Base King's use of the marks RUGSTIX and STIXTAPE (also used as STIX Tape) and any other flooring-related product marketed by Base King that includes a "STIX" designation.*

As an initial matter, and in order for us to be able to provide a full response to your letter, please let us know whether or not your client is alleging a likelihood of confusion with our client's marks BIND-N-STIX and TURBOSTIX. If not, please advise why.

Once we receive this information, we will be better able to provide a response.

**Robert O. Fox, Esq.**
*Patent & Trademark Attorney*



www.luedeka.com

  

Riverview Tower - Suite 1504
900 S. Gay St.
Knoxville, TN 37902
ph: 865.546.4305
fax:865.523.4478

Follow us on social media.

The information in this email is confidential, may be privileged, and is only for the use of the recipient named above. If you are not the intended recipient, you are hereby notified that distribution of this email is neither intended nor permissible. If you have received this email by mistake, please notify the sender immediately by telephone, email, or fax, and destroy all printed and electronic copies of this email.

**From:** Robert Richards [mailto:richardsiplaw@comcast.net]
**Sent:** Tuesday, January 26, 2016 2:37 PM
**To:** Robert O. Fox <rfox@luedeka.com>
**Cc:** Docketing <ripdocketing@comcast.net>; Tuttolomondo Joe <jtuttolomondo@xlbrands.com>
**Subject:** Re: TRC5-8011 STIX Infringement Matter (LN 69612.00)

EXHIBIT "4"

7/18/2016

Dear Bob:

It has been four weeks since we sent our letter regarding infringement of the STIX mark. When can we expect to receive your response. We are certainly hopeful that we can come to some agreement. However, If we do not hear from you soon, we will have to consider alternative remedies.

Regards,
Bob

**Robert E. Richards**
*Attorney at Law/Registered Patent Attorney*

**RICHARDS IP LAW**
Patent • Trademark • Copyright

2146 Roswell Road
Suite 108-863
Marietta, GA 30062
Office: 404-990-4558
Mobile: 404-326-7003
Email: RichardsIPLaw@Comcast.net

Confidentiality Notice: This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

On Dec 29, 2015, at 10:34 AM, Robert O. Fox <rfox@luedeka.com> wrote:

Dear Bob:
Received, hope all is well with you. We will review and be back in touch.

**Robert O. Fox, Esq.**
*Patent & Trademark Attorney*

<image009.jpg>
www.luedeka.com

<image010.png>

<image011.png>
<image012.png>
Follow us on social media.

Riverview Tower - Suite 1504
900 S. Gay St.
Knoxville, TN 37902
ph: 865.546.4305
fax:865.523.4478

The information in this email is confidential, may be privileged, and is only for the use of the recipient named above. If you are not the intended recipient, you are hereby notified that distribution of this email is neither intended nor permissible. If you have received this email by mistake, please notify the sender immediately by telephone, email, or fax, and destroy all printed and electronic copies of this email.

**From:** Robert Richards [mailto:richardsiplaw@comcast.net]
**Sent:** Tuesday, December 29, 2015 10:14 AM
**To:** Robert O. Fox <rfox@luedeka.com>
**Cc:** Docketing <ripdocketing@comcast.net>; Tuttolomondo Joe <jtuttolomondo@xlbrands.com>;

7/18/2016

Howalt Chip <chip@trcc.com>
**Subject:** TRC5-8011 STIX Infringement Matter

Dear Bob:

Please see the attached letter regarding the above-referenced matter.

Regards,
Bob

**Robert E. Richards**
*Attorney at Law/Registered Patent Attorney*

7/18/2016